*A. Eden* for petitioner. *Maxwell F. Badgley* and *Frank E. Cooper* for respondent.

No. 174. United States *v.* Silliman. C. A. 3d Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *Frederic M. P. Pearse, Sherwood D. Silliman* and *Reuben D. Silliman* for respondent.

No. 175. Ecco High Frequency Corp. *v.* Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied. *Everett Frooks* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Morton K. Rothschild* for respondent.

No. 177. Mason *v.* Paradise Irrigation District. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *P. M. Barceloux* for respondent.

No. 180. Mario Mercado Riera, Executor, *v.* Adrian Mercado Riera et al. C. A. 1st Cir. Certiorari denied. *Pedro M. Porrata* for petitioner. *José A. Poventud* and *F. Fernández Cuyar* for respondents.

No. 181. Chesbrough et al. *v.* Western & Southern Life Insurance Co. et al. Supreme Court of Ohio. Certiorari denied. *Sol Goodman* for petitioners. *Webb I. Vorys* for respondents.

No. 183. Remington Rand, Inc. *v.* Royal Typewriter Co., Inc. C. A. 2d Cir. Certiorari denied. *Edwin T. Bean, Henry R. Ashton, Francis J. McNamara*